M SHIP CO., Plaintiff–Appellant,

v.

ICE MARINE LTD., Defendant–Appellee.

No. 2009–1145.

United States Court of Appeals,
Federal Circuit.

Oct. 13, 2009.

Richard A. Clegg, Seltzer Caplan McMahon Vitek, of San Diego, CA, argued for plaintiff-appellant.

Pasquale A. Razzano, Fitzpatrick, Cella, Harper & Scinto, of New York, NY, argued for defendant-appellee.

Before MAYER, LOURIE, and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.